**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **WESLEY BAUGH and** ) | |
| **CINDY BAUGH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. CIV-25-417-RAW-JAR** |
| ) | |
| **STATE FARM FIRE AND CASUALTY** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court is the Report and Recommendation (#40) of the United States Magistrate Judge, in which he recommended that plaintiffs' to remand be granted.

No objection has been filed and the time allotted for doing so has expired. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Report and Recommendation (#40) is affirmed and adopted as the order of the court.  The motion of plaintiffs (#16) to remand is granted.   This action is remanded to the District Court for Pittsburg County, State of Oklahoma.

**IT IS SO ORDERED** this 20th  day of MARCH, 2026.

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**